judgment rendered by a Court of another jurisdiction.

HAMLIN, J., concurs. See C.C.P. Art. 5051.

SUMMERS, J., is of the opinion the writ should be granted.

■

193 So.2d 529

**Arthur Thomas GANTT**

v.

**L. T. BROWN, d/b/a L. T. Brown Contractor, et al.**

No. 48505.

Jan. 20, 1967.

In re: Arthur Thomas Gantt applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Claiborne, 191 So.2d 793.

Writ refused. On the facts found by the Court of Appeal, the result is correct.